# CLERK'S MINUTES REGARDING
# RULE 16 SETTLEMENT CONFERENCE

**CASE NAME:**     *JLG-G, et al. v. United States*

**CASE NUMBER**:     Civ. No. 18-820 SCY/JFR

A Telephonic Rule 16 Settlement Conference was conducted via Zoom before United States Magistrate Judge John F. Robbenhaar on Wednesday, April 1, 2020.

**APPEARANCES:**

**For Plaintiff**:     Kathryn Lucker-Eaton KathrynLEaton@gmail.com

    Robert C. Gutierrez (Texts: 505-235-7699) bob@fergusonlaw.com

**With Client**:     Ray Struck, the Guardian ad Litem, is Rayzar77@gmail.com

**For Defendant**:     Erin Langenwalter (Texts: 505-350-7141) erin.langenwalter@gmail.com

**With Client:**     Ms. Fay: PFay@AtlasSettlements.com

**RESULTS OF SETTLEMENT CONFERENCE**:

The case did settle. Counsel will request a fairness hearing with Judge Yarbrough.

**TIME SPENT IN SETTLEMENT CONFERENCE**:

5 hours and 45 minutes.

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES:**

1 hours and 40 minutes.