# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JLG-G, a minor child, by RAYNARD
STRUCK, ESQ., Guardian ad Litem of the
minor Plaintiff and SILVIA GARCIA,

    Plaintiffs,

v.                                                                       Civ. No. 18cv820 SCY/JHR

UNITED STATES OF AMERICA,

    Defendant.

## **ORDER APPROVING SETTLEMENT**

       This matter comes before the Court on the parties' request for approval of the pending settlement agreement. The Court has reviewed the proposed Stipulation for Compromise Settlement and Release of Federal Tort Claim, the Reversionary Intervivos Medical Trust setting forth the amount, distribution, and terms of the settlement agreed to by the parties. The Court also reviewed the recommendation for approval set forth in the Report of the Guardian Ad Litem, filed May 13, 2020 (Doc. 71). In addition, the Court held a hearing on May 15, 2020 during which it heard from counsel for both parties, the Plaintiff JLG-G and Guardian Ad Litem Raynard Struck, Plaintiff Silvia Garcia, and 28 C.F.R. § 50.24 qualified settlement broker Pauline Fay. The proceedings were interpreted from English to Spanish for the benefit of Plaintiff Silvia Garcia.

       Being fully informed on the issue, and for the reasons stated on the record at the hearing, the Court finds that the proposed settlement is fair, reasonable, and in the best interest of JLG-G, and that the settlement resolves all pending or future claims that could be brought by any

plaintiff arising out of the events and occurrences described in the Complaint. Therefore, to the extent additional assurance is required, including but not limited to approval of the settlement in state court, the United States will bear such cost.

WHEREFORE, the Court approves the parties' proposed Stipulation for Compromise Settlement and Release of Federal Tort Claim.

_____
THE HONORABLE STEVEN C. YARBROUGH
United States Magistrate Court Judge