# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JLG-G, a minor child, by RAYNARD
STRUCK, ESQ., Guardian ad Litem of the
minor Plaintiff and SILVIA GARCIA,

    Plaintiffs,

v.                                                            Civ. No. 18cv820 SCY/JHR

UNITED STATES OF AMERICA,

## ORDER APPROVING REVISED SETTLEMENT

       This matter comes before the Court on the parties' request for approval of the REVISED proposed settlement. The Court previously approved the proposed settlement, finding it fair, reasonable, and in the best interest of JLG-G , and that it would resolve all pending or future claims that could be brought by any plaintiff arising out of the events and occurrences described in the Complaint.

       The initial monthly payment date of August 1 having passed without approval by the Department of Justice, the parties now advise that revisions are necessary to the language in the settlement agreement. I have reviewed the language of the REVISED proposed settlement agreement, which now provides that monthly payments will begin "one month from the date of purchase" of the annuities. The REVISED proposed settlement agreement further provides that the previously stated payment amounts are guaranteed based upon a projected annuity purchase date of October 01, 2020. The parties seek approval of the REVISED proposed settlement agreement.

Being fully informed on the issue, and for the reasons stated in the Order Approving Settlement, filed May 21, 2020 (Doc. 73), the Court finds that the REVISED proposed settlement is fair, reasonable, and in the best interest of JLG-G, and similarly concludes all other findings as set forth in Doc. 73.

WHEREFORE, the Court approves the parties' REVISED proposed Stipulation for Compromise Settlement and Release of Federal Tort Claim.

*Steve Yarbrough* (signature)
THE HONORABLE STEVEN C. YARBROUGH
United States Magistrate Court Judge


Submitted by:

*/s/ Erin E. Langenwalter*
Erin E. Langenwalter
Assistant United States Attorney
*Counsel for Defendant*


Approved by:

*/s/ Via email on 8.12.2020*
Robert C. Gutierrez
Kathryn Lueker-Eaton
*Counsel for Plaintiffs*


Approved by:

*/s/ Via email on 8.12.2020*
Raynard Struck
*GAL for JLG-G*