IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JLG-G, a minor child, by RAYNARD
STRUCK, ESQ., Guardian ad Litem of the
minor Plaintiff and SILVIA GARCIA,

    Plaintiffs,

v.                                                             Civ. No. 18cv820 SCY/JHR

UNITED STATES OF AMERICA,

## ORDER APPROVING SUBSTITUTION OF TRUSTEE

        This matter comes before the Court on the parties' request for approval of substitution of the designated trustee in the Irrevocable Reversionary Medical Trust entered into pursuant to settlement. The Court has previously approved the settlement agreement, finding it fair, reasonable, and in the best interest of JLG-G , and that it would resolve all pending or future claims that could be brought by any plaintiff arising out of the events and occurrences described in the Complaint. Doc. 76. The parties have advised that the trustee referenced in the Irrevocable Reversionary Medical Trust described in the settlement agreement is unable to serve in that capacity. For this reason, the parties request substitution of PeoplesBank, A Codorus Valley Company, as Trustee, in place of the previously identified Zia Bank and Trust.

        WHEREFORE, having reviewed the revised Irrevocable Reversionary Trust, finding there are no other changes to the settlement agreement or trust documents, and being otherwise fully informed on the issue, the Court approves substitution of PeoplesBank, A Codorus Valley Company, as Trustee, in place of the previously identified Zia Bank and Trust, in the Irrevocable Reversionary Medical Trust entered into as part of the parties' settlement agreement.  All other

findings set forth in the Order Approving the Parties' REVISED Settlement (Doc. 76) remain unchanged.

*[signature: Steve Yarbrough]*

THE HONORABLE STEVEN C. YARBROUGH
United States Magistrate Court Judge

Submitted by:

*/s/ Erin E. Langenwalter*
Erin E. Langenwalter
Assistant United States Attorney
*Counsel for Defendant*

Approved by:

*/s/ Approved via Email 11/3/2020*
Robert C. Gutierrez
Kathryn Lueker-Eaton
*Counsel for Plaintiffs*

Approved by:

*/s/Approved via Email 11/3/2020*
Raynard Struck
*GAL for JLG-G*