# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JLG-G, a minor child, by RAYNARD
STRUCK, ESQ., Guardian ad Litem of the
minor Plaintiff and SILVIA GARCIA,

    Plaintiffs,

v.                                                            Civ. No. 18cv820 SCY.JHR

UNITED STATES OF AMERICA,

    Defendant.

## **STIPULATION OF DISMISSAL**

    The parties, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action is dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                                              Respectfully submitted,

                                              WILL FERGUSON & ASSOCIATES

                                              */s/ via email 11/23/2020*
                                              ROBERT C. GUTIERREZ
                                              333 Rio Rancho Blvd. NE, Ste. #105
                                              Rio Rancho, NM 87124
                                              Phone: 505-243-5566
                                              Fax: 505-897-2279
                                              bob@fergusonlaw.com
                                              *Attorneys for Plaintiffs*

                                              -and-

                KATHRYN L. EATON LAW, P.C

*/s/ via email 11/23/2020*
KATHRYN L. EATON
P.O. Box 6522
Albuquerque, New Mexico 87197
(505) 235-5591
Fax: (505) 213-0545
KathrynLEaton@gmail.com
*Attorneys for Plaintiffs*

-and-

JOHN C. ANDERSON
United States Attorney

*/s/ Erin E. Langenwalter*
 ERIN E. LANGENWALTER
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 346-7274
erin.langenwalter@usdoj.gov
*For Defendant*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 23, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Robert C. Gutierrez - bob@fergusonlaw.com

    Kathryn L. Eaton - kathrynleaton@gmail.com

                    */s/ Erin E. Langenwalter*
                    ERIN E. LANGENWALTER
                  Assistant United States Attorney